IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD PARMELEY, individually, and SARA PARMELEY, individually and as mother and next friend of LANDON PARMELEY, a minor,<br><br>    Plaintiffs,<br><br>    v.<br><br>FLEETWOOD HOMES, INC., a Cavco Company, FLEETWOOD ENTERPRISES, INC., and MT. VERNON DREAM HOMES/FREEDOM HOMES-MT. VERNON,<br><br>    Defendants. | Case No. 3:12-cv-199-JPG-PMF |

## MEMORANDUM & ORDER

This matter comes before the Court on the plaintiffs' notice of voluntary dismissal without prejudice of defendants Fleetwood Enterprises, Inc. (Doc. 24), notice of voluntary dismissal with prejudice of defendant Fleetwood Homes, Inc. (Doc. 23), and motion to dismiss without prejudice defendant CMH Homes (improperly named in the complaint as Mt. Vernon Dream Homes/Freedom Homes-Mt. Vernon) (Doc. 22).

The notices (Docs. 23 & 24) are filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss all claims against a defendant without a court order at any time before that defendant serves an answer or a motion for summary judgment.  Defendants Fleetwood Enterprises, Inc. and Fleetwood Homes, Inc. have not served answers or motions for summary judgment in this case.  Because the plaintiffs have an absolute right to dismiss their claims against these defendants at the present time, the Court finds that the plaintiffs' claims against defendant Fleetwood Enterprises, Inc. are **DISMISSED**

**without prejudice** and the plaintiffs' claims against defendant Fleetwood Homes, Inc. are **DISMISSED with prejudice**.

The motion (Doc. 22) is filed pursuant to Rule 41(a)(2).  Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal.  The motion states that defendant CMH Homes has no objection to the motion.  The Court therefore **GRANTS** the motion (Doc. 22) and **DISMISSES** the plaintiffs' claims against defendant CMH Homes **without prejudice**.

The Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: June 13, 2012**

                s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**