IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD PARMELEY, individually, and SARA PARMELEY, individually and as mother and next friend of LANDON PARMELEY, a minor,<br><br>        Plaintiffs,<br><br>    v.<br><br>FLEETWOOD HOMES, INC., a Cavco Company, FLEETWOOD ENTERPRISES, INC., and MT. VERNON DREAM HOMES/FREEDOM HOMES-MT. VERNON,<br><br>        Defendants. | Case No. 3:12-cv-199-JPG-PMF |

## JUDGMENT

This matter having come before the Court, the plaintiff having voluntarily dismissed some claims and the Court having rendered a decision as to others,

IT IS HEREBY ORDERED AND ADJUDGED that the claims of plaintiffs Richard Parmeley, individually, and Sara Parmeley, individually and as mother and next friend of Landon Parmeley, a minor, against defendants Fleetwood Enterprises, Inc. and CMH Homes (improperly named in the complaint as Mt. Vernon Dream Homes/Freedom Homes-Mt. Vernon) are dismissed without prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that the claims of plaintiffs Richard Parmeley, individually, and Sara Parmeley, individually and as mother and next friend of Landon Parmeley, a minor, against defendant Fleetwood Homes, Inc. are dismissed with prejudice.

**DATED: June 13, 2012**            NANCY J. ROSENSTENGEL, Clerk of Court


                                     By:    s/Brenda K. Lowe, Deputy Clerk


**Approved:**    s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**